*E-Filed: November 19, 2014*

Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
(831) 333-0321

Attorney for Plaintiff,
SCOTT J. CRANE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT J. CRANE,<br><br>     Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>     Defendant. | CASE NO. C 14-01633 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF<br>ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff SCOTT J. CRANE and defendant AETNA LIFE INSURANCE COMPANY, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint herein shall be dismissed with prejudice, with each party to bear their own attorney fees and costs.

Dated: 10/30/14             _____
                             SCOTT E. SHAFFMAN, Attorney for Plaintiff
                             SCOTT J. CRANE

STIPULATION AND ORDER FOR DISMISSAL          1                    CV 14-01633 HRL

Dated 11-6-14

GORDON & REES, LLP

By: /s/ Margie Lariviere
MARGIE LARIVIERE
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the action is hereby dismissed with prejudice.

Dated: November 19, 2014

Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL    2    CV 14-01633 HRL